UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GABRIEL RODRIGUEZ RODRIGUEZ,<br><br>              Petitioner,<br><br>     v.<br><br>STATE OF CALIFORNIA,<br><br>              Respondent. | No. CV 18-01254-RSWL (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition without prejudice for lack of jurisdiction.

Dated: 9/13/2018

s/ RONALD S.W. LEW
RONALD S. W. LEW
United States District Judge

Presented by:

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge