JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| GABRIEL RODRIGUEZ RODRIGUEZ, | No. CV 18-01254-RSWL (DFM) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Court lacks jurisdiction over the Petition, and this action dismissed without prejudice.

Dated: 9/13/2018

<u>s/ RONALD S.W. LEW</u>
RONALD S. W. LEW
United States District Judge